FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL PALENZUELA, | NO. CV 06-4600-FMC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D.L. OLLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 30, 2008.

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE